Ricardo J. Prieto (to be admitted *Pro Hac Vice*)
rprieto@eeoc.net
SHELLIST | LAZARZ | SLOBIN LLP
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
Telephone: (713) 621-2277
Facsimile: (713) 621-0993

Melinda Arbuckle (Cal. Bar No. 302723)
marbuckle@eeoc.net
SHELLIST | LAZARZ | SLOBIN LLP
402 West Broadway, Suite 400
San Diego, California 92101
Telephone: (713) 621-2277
Facsimile: (713) 621-0993

Richard D. Daly (to be admitted *Pro Hac Vice*)
rdaly@dalyblack.com
Donald C. Green II (to be admitted *Pro Hac Vice*)
dgreen@dalyblack.com
DALY & BLACK, P.C.
2211 Norfolk St., Suite 800
Houston, Texas 77098
Telephone: (713) 655-1405
Facsimile:  (713) 655-1587

*Counsel for Plaintiff and Proposed Class and Collective Action Members*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION – RIVERSIDE COUNTY**

| | |
|---|---|
| Holly Garrett, on behalf of herself and all others similarly situated,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>Sedgwick Claims Management Services, Inc.,<br><br>　　　Defendant. | **Case No.: 5:21-CV-00970-JWH-SHK**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Judge:　　　Hon. John W. Holcomb<br>Mag. Judge: Hon. Shashi H. Kewalramani<br>Date:　　　n/a<br>Time:　　　n/a<br>Courtroom: 2 |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Holly Garrett ("Plaintiff" and/or "Garrett"), Files this Notice of Voluntary Dismissal Without Prejudice. Defendant has not yet filed an answer or motion for summary judgment to Plaintiff's Complaint, and consequently this dismissal without prejudice is self-effectuating. No order is required and the Clerk of Court may close the case without prejudice to refiling. *See Commercial Space Mgmt Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077 (9th Cir. 1999) ("[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it.")

Respectfully submitted,

By: s/Melinda Arbuckle
Melinda Arbuckle

**SHELLIST | LAZARZ | SLOBIN LLP**
Melinda Arbuckle (Cal. Bar No. 302723)
marbuckle@eeoc.net
402 West Broadway, Suite 400
San Diego, California 92101
Telephone: (713) 621-2277
Facsimile: (713) 621-0993

*Counsel for Plaintiff and Proposed Class and Collective Action Members*